MEMORANDUM OF NON-JURY TRIAL

# United States District Court
### For the Western District of Pennsylvania

GREGORY GOODWIN

*Plaintiff*

vs.   No. C.A. 05-161 ERIE

ACCURIDE ERIE, L.P.

*Defendant*

**HEARING ON** CASE MANAGEMENT CONFERENCE

*Before Judge* MAURICE B. COHILL, JR.

| JOSEPH H. CHIVERS, ESQ. | Mark Goldner, Esq. |
| --- | --- |
| by phone | ~~Martin J. Saunders, Esq.~~ by phone |
| *Appear for Plaintiff* | *Appear for Defendant* |

Hearing begun  10:30  12-5-05      Hearing adjourned to _____

Hearing concluded C. A. V. 10:40  12-5-05      Stenographer _____

**WITNESSES:**

| For Plaintiff | For Defendant |
| --- | --- |
| | CMO to be entered |