IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY GOODWIN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-CV-161 (Erie) |
| | ) | |
| v. | ) | Judge Maurice B. Cohill, Jr. |
| | ) | |
| ACCURIDE ERIE, L.P., | ) | ELECTRONIC FILING |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO COMPEL DISCOVERY**

NOW COMES Defendant Accuride Erie, L.P., ("Defendant"), by and through its counsel, pursuant to Federal Rule of Civil Procedure 37 and Local Rule 7.1, and hereby moves for an Order compelling discovery, respectfully representing as follows:

1. On or about May 23, 2005, Plaintiff filed his Complaint in the above-captioned matter.

2. On or about November 11, 2005, Defendant served its First Set of Interrogatories and First Request for Production of Documents on Plaintiff. (Copies of these documents are attached hereto as Exhibit "A" and Exhibit "B," respectively.)

3. Plaintiff's responses to Defendant's First Set of Interrogatories and First Requests for Production of Documents were due on or about December 12, 2005.

4. By letter dated December 23, 2005, the undersigned informed Plaintiff's counsel that no response to Defendant's discovery requests had been received. (A copy of the December 23, 2005 letter is attached hereto as Exhibit "C.")

5. On or about January 4, 2006, Plaintiff's counsel telephoned Defendant's counsel stating responses would be served the following week.

5. To date, Plaintiff has not responded to Defendant's First Set of Interrogatories and First Requests for Production of Documents.

6. Defendant's Certificate of Consultation is attached.

WHEREFORE, Defendant requests this Honorable Court to compel Plaintiff to provide answers to Defendant's First Set of Interrogatories Directed to Plaintiff and Defendant's First Requests for Production of Documents Directed to Plaintiff within ten (10) days.

        Respectfully submitted,

        JACKSON LEWIS LLP


        By: */s/Martin J. Saunders*
           Martin J. Saunders
           PA ID #19940
           saunderm@jacksonlewis.com
           Mark Goldner
           PA ID #75938
           goldnerm@jacksonlewis.com
           One PPG Place, 28th Floor
           Pittsburgh, PA 15222
           Phone (412) 232-0404
           Fax (412) 232-3441

        ATTORNEYS FOR DEFENDANTS

Date: January 12, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY GOODWIN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-CV-161 (Erie) |
| | ) | |
| v. | ) | Judge Maurice B. Cohill, Jr. |
| | ) | |
| ACCURIDE ERIE, L.P., | ) | ELECTRONIC FILING |
| | ) | |
| Defendant. | ) | |

**LOCAL RULE 7.1(c)
DISCOVERY DISPUTE CERTIFICATE**

NOW COMES Defendant, by and through its undersigned counsel, and hereby files the within Discovery Dispute Certificate, stating that on December 23, 2005, Defendant's counsel corresponded with Plaintiff's counsel in an attempt to resolve the within issues but the issues remain unresolved.

    Respectfully submitted,

    JACKSON LEWIS LLP

By: */s/Martin J. Saunders*
    Martin J. Saunders
    PA ID #19940
    saunderm@jacksonlewis.com
    Mark Goldner
    PA ID #75938
    goldnerm@jacksonlewis.com
    28th Floor, One PPG Place
    Pittsburgh, PA 15222
    Phone (412) 232-0404
    Fax (412) 232-3441

    ATTORNEYS FOR DEFENDANTS

Date: January 12, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY GOODWIN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-CV-161 (Erie) |
| | ) | |
| v. | ) | Judge Maurice B. Cohill, Jr. |
| | ) | |
| ACCURIDE ERIE, L.P., | ) | ELECTRONIC FILING |
| | ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Joseph H. Chivers, Esquire
312 Boulevard of the Allies, Suite 600
Pittsburgh, PA 15222


*/s/ Martin J. Saunders*