**jackson | lewis**
Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

| | | |
|---|---|---|
| Jackson Lewis LLP | ATLANTA, GA | LOS ANGELES, CA | RALEIGH-DURHAM, NC |
| One PPG Place | BOSTON, MA | MIAMI, FL | SACRAMENTO, CA |
| 28th Floor | CHICAGO, IL | MINNEAPOLIS, MN | SAN FRANCISCO, CA |
| Pittsburgh, Pennsylvania 15222 | DALLAS, TX | MORRISTOWN, NJ | SEATTLE, WA |
| Tel 412 232-0404 | GREENVILLE, SC | NEW YORK, NY | STAMFORD, CT |
| Fax 412 232-3441 | HARTFORD, CT | ORLANDO, FL | WASHINGTON, DC REGION |
| www.jacksonlewis.com | LONG ISLAND, NY | PITTSBURGH, PA | WHITE PLAINS, NY |

December 23, 2005

Joseph H. Chivers, Esquire
312 Boulevard of the Allies, Suite 600
Pittsburgh, PA 15222

            Re:    <u>Gregory Goodwin v. Accuride Erie, L.P.</u>
                    Civil Action No. 05-CV-161 (Erie)

Dear Mr. Chivers:

      On November 11, 2005 we served Defendant's First Set of Interrogatories Directed to Plaintiff and Defendant's First Requests for Production of Documents Directed to Plaintiff in regard to the above-captioned matter. To this date, we have received no response. Please let me know when we should expect to receive these responses.

      Please call me if you have any questions.

                                Sincerely,

                                JACKSON LEWIS LLP

                                Martin J. Saunders

MJS/sk

cc:    David K. Armstrong (w/encl.)


EXHIBIT C