IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GREGORY GOODWIN** | ) |
| | ) Civil Action No. 05-161 Erie |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **ACCURIDE ERIE, L.P.** | ) |
| | ) |
| Defendant. | ) |

## ORDER

**AND NOW**, upon review of Plaintiff's Brief in Opposition to Defendant's Motion to Compel, it is hereby ORDERED that Defendant's Motion is denied as being moot.

**Dated:** _____ _____

**Judge Maurice B. Cohill, Jr.**