IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY GOODWIN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-CV-161 (Erie) |
| | ) | |
| v. | ) | Judge Maurice B. Cohill, Jr. |
| | ) | |
| ACCURIDE ERIE, L.P., | ) | ELECTRONIC FILING |
| | ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, to wit, this ___16th___ day of ___January___, 2006, it is hereby ORDERED, ADJUDGED and DECREED that Defendant's Motion to Compel Discovery is GRANTED and that Plaintiff must respond to Defendant's First Set of Interrogatories and First Requests for Production of Documents within ten (10) days of the date of this Order.

BY THE COURT:

_Maurice B. Cohill, Jr._