IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY GOODWIN | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-161 (Erie) |
| | ) | |
| v. | ) | Judge Maurice B. Cohill, Jr. |
| | ) | |
| ACCURIDE ERIE, LP | ) | |
| | ) | Electronically Filed |
| Defendant. | ) | |

## ORDER

_____ AND NOW, upon review of Plaintiff's Motion, With Opposition, for Extension of Discovery, it is hereby ORDERED that discovery is extended in this matter until _____ May 30, 2006 . There are no other changes to the current Case Management Order.


Date: _____                    _____
                                            **Maurice B. Cohill, Jr., J.**