IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY GOODWIN | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 05-161 (Erie) |
| | ) |
| v. | ) Judge Maurice B. Cohill, Jr. |
| | ) |
| ACCURIDE ERIE, LP | ) |
| | ) Electronically Filed |
| Defendant. | ) |

### ORDER

_____AND NOW, upon review of Plaintiff's Motion, With Opposition, for Extension of Discovery, it is hereby ORDERED that discovery is extended in this matter until _____ May 30, 2006 . There are no other changes to the current Case Management Order.

Date: *April 13, 2006*

*Maurice B. Cohill, Jr.*
Maurice B. Cohill, Jr., J.