IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY GOODWIN | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 05-161 (Erie) |
| | ) |
| v. | ) Judge Maurice B. Cohill, Jr. |
| | ) |
| ACCURIDE ERIE, LP | ) |
| | ) Electronically Filed |
| Defendant. | ) |

**MOTION, WITH OPPOSITION, FOR BRIEF EXTENSION OF
DISCOVERY TO COMPLETE DEPOSITIONS**

AND NOW COMES Plaintiff, Gregory Goodwin, by and through his counsel, Joseph H. Chivers, Esquire, and hereby respectfully requests a brief extension of discovery (until June 30, 2006) to complete depositions in the above matter.

Discovery in this case closes May 30, 2006. The Parties have exchanged documents, answered interrogatories, Plaintiff's deposition has been taken, and depositions have been noticed for witnesses from Defendant. These remaining depositions were all noticed for May 31, 2006. Unfortunately, it now appears two of the witnesses who were to be deposed on May 31 will not appear for deposition, even though they are current employees of Defendant, without subpoenas. In addition, two of the other employees who were to be deposed have now left the employment of Defendant and must also be subpoenaed. It is anticipated it will take approximately two weeks to issue subpoenas, give sufficient notice to the four individuals to appear for deposition, and complete these depositions. A thirty (30) day extension is requested simply to allow for any unexpected delays or difficulties in completing the four depositions. Plaintiff has pursued the taking of these depositions appropriately and is only asking for this brief extension because of the unexpected turn of events.

**Counsel for Defendant has been consulted and opposes this extension. Understandably, Defendant wishes to complete this matter without any additional time for discovery. However, the brief extension is appropriate given the circumstances and Plaintiff's diligence in trying to complete these depositions within the current discovery deadline.**

**WHEREFORE, in order to complete discovery (specifically the completion of depositions), Plaintiff respectfully requests an extension of the discovery deadline until June 30, 2006. A proposed order is attached.**

**Respectfully submitted,**

  **s/Joseph H. Chivers, Esquire**
**Joseph H. Chivers, Esquire**
**PA ID No. 39184**
**Suite 600, 312 Boulevard of the Allies**
**Pittsburgh, PA  15222-1923**
**jchivers@employmentrightsgroup.com**
**(412) 281-1110 / (412) 281-8481 FAX**

**Counsel for Plaintiff**
**Gregory Goodwin**

**Dated: May 26, 2006**