IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GREGORY GOODWIN** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-161 (Erie) |
| | ) | |
| v. | ) | Judge Maurice B. Cohill, Jr. |
| | ) | |
| **ACCURIDE ERIE, LP** | ) | |
| | ) | Electronically Filed |
| Defendant. | ) | |

## ORDER

_____AND NOW, upon review of Plaintiff's Motion, With Opposition, for Brief Extension of Discovery to Complete Depositions, it is hereby ORDERED that discovery is extended in this matter until  June 30, 2006 .  There are no other changes to the current Case Management Order.

Date: _____

_____
**Maurice B. Cohill, Jr., J.**