IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY GOODWIN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-CV-161 (Erie) |
| | ) | |
| v. | ) | Judge Maurice B. Cohill, Jr. |
| | ) | |
| ACCURIDE ERIE, L.P., | ) | ELECTRONIC FILING |
| | ) | |
| Defendant. | ) | |

## **ORDER OF COURT**

AND NOW, this ____ day of August, 2006, upon consideration of Defendant's Consented-To Motion for Extension of Time to File Motion For Summary Judgment, it is hereby ORDERED that said Motion is GRANTED, and the deadline for filing motions for summary judgment is extended to August 31, 2006, and responses to motions for summary judgment shall be filed on or before September 29, 2006.

BY THE COURT,

_____
J.