IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GREGORY GOODWIN,                    )
                                    )
          Plaintiff,                )          Civil Action No. 05-CV-161 (Erie)
                                    )
     v.                             )          Judge Maurice B. Cohill, Jr.
                                    )
ACCURIDE ERIE, L.P.,                )          ELECTRONIC FILING
                                    )
          Defendant.                )

ORDER OF COURT

AND NOW, this _____ day of _____, 2006, upon consideration of Defendant

Accuride Erie, L.P.'s Motion for Summary Judgment, it is hereby ORDERED that said Motion is

GRANTED, and Plaintiff's claims are dismissed with prejudice.

BY THE COURT

_____
                                    J.