IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY GOODWIN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-CV-161 (Erie) |
| | ) | |
| v. | ) | Judge Maurice B. Cohill, Jr. |
| | ) | |
| ACCURIDE ERIE, L.P., | ) | ELECTRONIC FILING |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S APPENDIX OF EXHIBITS
SUPPORTING MOTION FOR SUMMARY JUDGMENT**

       Respectfully submitted,

       JACKSON LEWIS LLP

       By: */s/Mark Goldner*
       Martin J. Saunders
       PA ID #19940
       saunderm@jacksonlewis.com
       Mark Goldner
       PA ID #75938
       goldnerm@jacksonlewis.com
       One PPG Place, 28th Floor
       Pittsburgh, PA 15222
       Phone (412) 232-0404
       Fax (412) 232-3441

       ATTORNEYS FOR DEFENDANT

Dated: August 31, 2006

## **Table of Contents**

Document                                                                                                              Exhibit

Declaration of Michael Pinson....................................................................................A

Transcript of Proceedings of Arbitration Hearing ........................................................B

Exhibits to Transcript of Proceedings of Arbitration Hearing.....................................C

Deposition of Gregory A. Goodwin................................................................................D

Exhibits to Deposition of Gregory A. Goodwin ........................................................... E

Deposition of Michael Pinson....................................................................................... F

Opinion and Award of Arbitrator Donald T. O'Connor ...............................................G

Resume of Donald T. O'Connor, Esquire.....................................................................H

Plaintiff's Answers and Responses to
Defendant's First Set of Interrogatories and Requests for Production
of Documents Directed to Plaintiff................................................................................. I

Deposition of Sabrina Gore ...........................................................................................J

Deposition of Gary Montroy..........................................................................................K

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 31, 2006, I electronically filed *Defendant's Appendix of Exhibits Supporting Motion for Summary Judgment* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Joseph H. Chivers, Esquire
312 Boulevard of the Allies, Suite 600
Pittsburgh, PA 15222

<u>*/s/ Mark Goldner*</u>