# Exhibit C

# GRIEVANCE REPORT

Name **GREG GOODWIN**   Clock No. **4052**

Class. **MACHINE LINE OPERATOR**   Date **7-22-04**

Date of Occurrence(s) **7-23-04**   Article(s) Violated **ART 4 + ART 7.1**

Discussed With **M PINSON**

Nature of Grievance  **I PROTEST MANAGEMENTS ACTIONS OF GIVING ME AN UNJUST TERMINATION ON 7-21-04. I CHARGE MANAGEMENT WITH VIOLATING ARTICLE 4 AND ARTICLE 7.1. I CHARGE MANAGEMENT WITH MAKING FALSE AND FRAUDULENT ACCUSATIONS TOWARDS ME. I HAVE NOT VIOLATED ARTICLE 42 OF THE LABOR AGREEMENT OR THE RULES OF CONDUCT IN ANY WAY, SHAPE, OR FORM.**

**I DEMAND THAT MY TERMINATION BE LIFTED IMMEDIATELY, THAT I BE RETURNED TO WORK, MY RECORD BE CLEARED, AND I BE MADE WHOLE FOR ALL LOSSES SUSTAINED AS A RESULT OF MANAGEMENTS UNJUST ACTIONS.**

**I FILE THIS GRIEVANCE AT STEP 3 OF THE GRIEVANCE PROCEDURE IN ACCORDANCE WITH ARTICLE 7.2.**

Date Received - Supervisor          Employee  *[signature]*

*Bonnie Rutter 7/23/04*

Union Official

A



September 14, 2004

Gary Montroy
Vice President, UAW Local 1186

    Re:   Grievance #04-51-ML16

Dear Mr. Montroy:

The purpose of this letter is to respond in writing to the Union's appeal to Step 3 of the grievance in this case.

On July 22, 2004, we met pursuant to Article 7 of the Agreement between Accuride and UAW Local 1186 to review the facts concerning the grievant's case. At that meeting we reviewed the facts related to allegations that Mr. Goodwin violated Article 42 of the Agreement and Rule 11 of the Erie Plant Rules of Conduct.

Our investigation established that there was a slowdown in the Erie Plant. The slowdown included efforts by employees to fail to work to the best of their ability; to delay startups; to slow down robot speeds; and to stop or limit production equipment from operating. Greg Goodwin participated in the slowdown. Greg Goodwin repeatedly told coworkers to "fuck the Company." Greg Goodwin delayed startups. Greg Goodwin slowed down robot speeds. Greg Goodwin slowed production by distracting coworkers. His conduct violated Article 42 of the Agreement and Rule 11 of the Rules of Conduct.

The Erie Plant Rules of Conduct prohibit, "inattention to work, negligence, or carelessness; any attempt to interrupt production or any aspect of the operations; or unsatisfactory and/or insufficient work." Furthermore, the collective bargaining agreement provides in Article 42 that, "during this Agreement and any extension thereof, the Union will not authorize or knowingly permit employees to cause or take part in any strikes, work stoppages, slowdowns, or interruptions or cessations of work.... Any employees who engage in the actions prohibited by Article 42.1 are subject to discipline and discharge." Greg Goodwin's conduct violated these basic rules of acceptable behavior. Therefore, his employment was terminated.

There has been no violation of Article 7 of the Agreement. The grievance has no merit. Furthermore, there has been no discrimination against Mr. Goodwin. His discharge was for just cause. Therefore, the grievance is denied.

Very truly yours,

Michael A. Pinson
Human resources Manager

15

04-54-ML16

7-29-04

Jt 8

name: Greg Goodwin           clock # 9052
class: machine line operator   date: 7-27-04
date of occurance: July 23, 2004  terminated
articles violated: ART. 4 & ART 7

On July 10, 2004 I was suspended without pay until further notice for violating article 42 of the contract. Which is causing a work stoppage and slowdown. I asked what incident this had to do with and was told article 42. There was no occurance given to me at that time. On July 23, 2004 I was terminated without just cause.

Looking back on or about Feb 13, 2004 on third shift, Sabrina Gore was told to work the end of the line #6 by Mr. Brunt. Sabrina Gore told him to go fuck himself and walked out. She refused to do the job and left. By doing

this, machine line #6 sat idle for 8 hrs.

This was a blatent display of article 42 (work stoppage) Sabrina Gore was only suspended for 1 day without pay which was determined three weeks later to be the day she left

I feel this is an unfair practice, a selective unfair labor practice and harrassment

I demand that these practices stop, my record be cleared and I be made whole.

She only recieved 1 day without pay for an obvious work stoppage and I've been terminated for unjust reasons, and not an incident on file.

UNION OFFICIAL _____ _____ 7-27-04

Bonnie Little 7/28/04



September 14, 2004

Gary Montroy
Vice President, UAW Local 1186

    Re:    Grievance #04-54-ML16

Dear Mr. Montroy:

The purpose of this letter is to respond in writing to the Union's appeal to Step 3 of the grievance in this case.

On July 22, 2004, we met pursuant to Article 7 of the Agreement to review the facts concerning Greg Goodwin's conduct. As you know, at that meeting we reviewed the facts related to allegations that Mr. Goodwin violated Article 42 of the Agreement and Rule 11 of the Erie Plant Rules of Conduct.

Our investigation established that there was a slowdown in the Erie Plant. The slowdown included efforts by employees to fail to work to the best of their ability; to delay startups; to slow down robot speeds; and to stop or limit production equipment from operating. Greg Goodwin participated in the slowdown. Greg Goodwin repeatedly told coworkers to "fuck the Company." Greg Goodwin delayed startups. Greg Goodwin slowed down robot speeds. Greg Goodwin slowed production by distracting coworkers. His conduct violated Article 42 of the Agreement and Rule 11 of the Rules of Conduct.

The Erie Plant Rules of Conduct prohibit "inattention to work, negligence, or carelessness; any attempt to interrupt production or any aspect of the operations; or unsatisfactory and/or insufficient work." Furthermore, the collective bargaining agreement provides in Article 42 that, "during this Agreement and any extension thereof, the Union will not authorize or knowingly permit employees to cause or take part in any strikes, work stoppages, slowdowns, or interruptions or cessations of work.... Any employees who engage in the actions prohibited by Article 42.1 are subject to discipline and discharge." Greg Goodwin's conduct violated these basic rules of acceptable behavior. Therefore, his employment was terminated.

There has been no violation of Article 7 of the Agreement. The grievance has no merit. Furthermore, there has been no discrimination against Mr. Goodwin. His discharge was for just cause. Therefore, the grievance is denied.

Very truly yours,

Michael A. Pinson
Human resources Manager

