# Exhibit H

**LawMemo** LawMemo is the home of *Employment Law Memo*
Home | Products & Prices | Memos | Blogs | Caselaw Database | Sample Memo | Supreme Court | EEOC | NLRB | National Arbitration Center | Articles | Lawyers | About Us | Links
Ross' Employment Law Blog | Ross' Arbitration Blog | NLRB Law Memo | Arbitration Law Memo | Employment Law 101 | Ross' Employment Law Reviews | Work Law Blogs

Search


Ross Runkel

Featured: **Find lawyers** | **EEOC** | **Articles** | **Reviews**

Search for arbitrator      National Arbitration Center      Search awards

**Workplace Discrimination?**
NJ Lawyer: Experienced & Tough Free Consultation - Call Now!
northjerseyemploymentlaw.com

**Singled Out at Work?**
Raymond Nardo, Esq. Representing employees for 15 years
www.elinfonet.com

**Protect Yourself from** discrimination at the workplace. AFL-CIO Now has a place for you.
www.aflcio.org/blog

Ads by Goooooogle                                                                                                 Advertise on this sit

**Donald T. O'Connor, Esq.**

ACCS NR: 3699

Email: donaldoconnor06@comcast.net

**Present Occupation**: Arbitrator/Mediator

**First Business Address**:
8300 Ginger Lily Court
Naples, FL 34113
Phone: (239) 530-7541
Fax: (239) 530-7542

**Second Business Address (Home)**:
302 Fox Chapel Road
Unit 202
Pittsburgh, PA 15238
Phone: (412) 781-7218
Fax: (412) 781-4404

**Professional Affiliations**:
Labor & Employment Law Section of the American Bar Association
Labor & Employment Law Section of the Allegheny County (Pennsylvania) Bar Association

**Education**
| | | |
|---|---|---|
| LLB | Law | Boston College School of Law, 1966 |
| BS | Industrial & Labor Relations | University of Buffalo (now State University of New York at Buffalo), 1957 |

**Certifications**
| | | |
|---|---|---|
| Law | Pennsylvania | 1967 |
| | Massachusetts | 1966 |

**Arbitration/Labor Relations Experience**:
Since January 1, 2002, Labor & Employment Dispute Arbitrator/Mediator. 1967-2001, Attorney limiting practice to Labor & Employment Law representing management (and unions from 1967 to 1986), from 1967 to 1971 with Berkman, Ruslander, Pohl, Lieber & Engel, from 1971 to 1974 as a partner with Randolph & O'Connor P.C., and from 1974 to 2001 as a partner with Buchanan Ingersoll, P. C. Was Chair of the Labor & Employment Law Section of Buchanan Ingersoll, P.C. from 1984 to 1988, and Co-Chair of the firm's Labor & Employment Law Section from 1988 to 1990. Negotiated over 200 contracts and acted as advocate in over 500 arbitration cases. Was the first Chairman of the Labor & Employment Law Section of the Allegheny County Bar Association in 1971 and 1972 when it was first organized. 1966 to 1967- Field Attorney with Region Six of the National Labor Relations Board. Prior to graduation from law school in 1966, worked for nine years in labor relations and personnel with Continental Can Company and Weyerhaeuser Company.

**Arbitration Advocate in the following Industries:**
Bus manufacturing; building products; broadcasting; chemicals; education; electrical equipment; foundry; hospitals; metal fabrication; office workers/clericals; pulp and paper; refrigeration/hvac; steel; trucking and storage, and the office building industry.

**Issues Arbitrated as an Advocate:**
Absenteeism; Arbitrability; Bargaining Unit Work; Conduct (off-duty/ personal); Demotion; Discipline (non-discharge); Discipline (discharge); Disability Discrimination; Race Discrimination; Drug/Alcohol Offenses; Holidays; Group Insurance; Leave of Absence; Vacations; Job Performance; Job Posting/Bidding; Jurisdictional Disputes; Layoffs/Bumping/ Recall; Management Rights; Past Practice; Pension and Welfare Plans; Promotions; Safety/Health Conditions; Seniority; Strikes, Lockouts, Work Stoppages, Slowdowns; Subcontracting/ Contracting Out; Union Security; Holiday Pay; Incentive Pay; Job Classification & Rates; Overtime Pay; Vacation Pay; Work Hrs/Scheds/Assgnmts; Working Conditions/Work Orders; Violence or Threats.

**Arbitration Rosters:**
American Arbitration Associations
Pennsylvania Bureau of Mediation
Federal Mediation and Conciliation Service
National Arbitration Forum - Member of Forum's Panel of Arbitrators and Mediators

**Significant Publications:**
None

**Fees:**

**Per Diem Fee:** $850.00    **Docking Fee:** None    **Cancellation Fee:** (See below)
The per diem charge of $850.00 per day is for hearing, research and preparation of the opinion and award, and an administrative charge of $100.00 per hour in cases involving unusual amounts of time relative to the pre-hearing and post hearing administration of the case pursuant to Section 1404.15 of FMCS's Arbitration Policies and Procedures . A hearing day is any portion of a day up to eight hours. Time for research and preparation is prorated (using an eight hour day).

**Cancellation Policy:** If a scheduled hearing is postponed or cancelled with notice of less than five calendar days, the per diem rate for each scheduled day of hearing that is postponed or cancelled if another hearing cannot be set in its place. If the scheduled hearing is postponed or cancelled with notice of five days, but less than 14 calendar days, $400.00 per for each scheduled day of hearing that is postponed or cancelled if another hearing cannot be set in its place.

**Travel Time:** Arbitrator charges travel time unless an hourly retainer agreement specifies the amount, or, absent such an agreement, unless a substantial portion of a workday (more than two hoursis used to travel to the hearing and return. If more time is needed, travel time is prorated according to the per diem fee. For cases outside the Pittsburgh, Pennsylvania and the Naples, Florida areas, parties are charged for travel time from which ever city is closest to the place of the hearing.

**Expenses:**
There are no charges for routine copying, local phone, clerical or incidental office expenses. For cases outside the Pittsburgh, Pennsylvania and the Naples, Florida areas, parties are charged for the actual cost of reasonable travel and case-related expenses (from which ever city is closest to the hearing), including airfare, car rental, food, lodging, and long distance phone calls. Automobile mileage is charged at the applicable IRS expense rate.

## Awards:

- 2006 NAC 102 Accuride Erie LP and UAW Local No. 1186 - Donald T. O'Connor

- 2005 NAC 102 United Food and Commercial Workers Intl Union and Giant Eagle Markets Company - Donald T. O'Connor

- 2005 NAC 101 Artic Slope World Services and International Association of Machinists - Donald

T. O'Connor

- 2004 NAC 137 United Mine Workers and Parson Federal Services - Donald T. O'Connor

- 2004 NAC 136 Westan Employees Union and E. H. Hall/Westfield Tanning Company - Donald T. O'Connor

- 2003 NAC 117 International Union of Operating Engineers, Local 95 and United Refining Company - Donald T. O'Connor

- 2003 NAC 115 City Of Tampa and West Central Florida Police Benevolent - Donald T. O'Connor

- 2003 NAC 112 Department of Veterans Affairs and NAGEU Local R-5-136 - Donald T. O'Connor

- 2003 NAC 111 Twin City Clarage, Inc. and Bridge Workers Local 526 - Donald T. O'Connor

- 2003 NAC 110 Accuride AKW LP. and United Auto Workers Local 1186 - Donald T. O'Connor

- 2003 NAC 109 Lockheed Martin Systems and Machinists Local Lodge 75 - Donald T. O'Connor

- 2003 NAC 108 Supervalu, Inc. and International Brotherhood of Teamsters, Local Union No. 30 - Donald T. O'Connor

- 2003 NAC 106 Tubetech, Inc. and United Steelworkers of America, Local 14765-01 - Donald T. O'Connor

- 2002 NAC 124 Wackenhut Corrections Corp. and Delaware County Prison Employees Independent Union Correctional Officers - Donald T. O'Connor

---

Google [        ] [Search]

○ Web    ● www.LawMemo.com

This form will search the **LawMemo** web site. It does **not** include the **Caselaw Database**.

Editor: Ross Runkel, Professor of Law Emeritus. email Ross@LawMemo.Com, Phone 503-399-8028. Copyright **LawMemo**, Inc.

**CLICK HERE Free Trial**