# Exhibit J

```
                                                              1
```

```
 1            IN THE UNITED STATES DISTRICT COURT FOR THE
                    WESTERN DISTRICT OF PENNSYLVANIA
 2
                                - - -
 3
    GREGORY GOODWIN                      )
 4                                       )
                                         )
 5                                       )
                                         )
 6              Plaintiff,               )
                                         )
 7              -vs-                     )   Civil Action
                                         )   No. 05-161
 8  ACCURIDE ERIE, LP                    )
                                         )
 9                                       )
                                         )
10              Defendant.               )
                                             CERTIFIED TRANSCRIPT
11

12                              - - - -

13              DEPOSITION OF:  SABRINA GORE

14                              - - - -

15
           DATE:          June 28, 2006
16                        Wednesday, 9:00 a.m.

17
           LOCATION:      150 East 8th Street
18                        Erie, PA

19
           TAKEN BY:      Plaintiff
20                        Gregory Goodwin

21
           REPORTED BY:   Cynthia A. Hawley
22                        Notary Public
                          AKF Reference No. CH95362B
23

24

25
```

Pittsburgh, PA         Greensburg, PA         Erie, PA
412-261-2323           724-853-7700           814-453-5700



```
 1   A.   They could run, but they couldn't run it with
 2        tag.
 3   Q.   And if they couldn't run it with tag that's
 4        another way of saying that any time people had
 5        to take a break they had to shut down the
 6        lines?
 7   A.   That's correct.
 8   Q.   So certainly as a result of your going home you
 9        understood that they would not be able to do
10        the production they otherwise would have been
11        able to do?
12   A.   Not necessarily.
13   Q.   But probably?
14   A.   Not necessarily.  Those lines go down all the
15        time.
16   Q.   Yeah.  But let's put it this way, all things
17        being equal, the fact that you are not there,
18        meaning they don't have the tag means that now
19        they've also got to shut down for breaks?
20   A.   That's correct.  But if Plyler and Goodwin
21        wouldn't have lied in the first place then I
22        would have been in my normal spot on the line.
23   Q.   Okay.  Now, you've had other discipline, have
24        you not?
25   A.   That's correct.
```



1  Q.    Was that the first time you were disciplined,
2        or were there other times?
3  A.    That's the first time.
4  Q.    That's in March of 2004, correct?
5  A.    That's correct.
6  Q.    What other times have you been disciplined?
7  A.    Another time I don't, like I said, I don't
8        remember the exact dates. I think I was, want
9        to say April of, I'm not really sure. I can
10       tell you the incident. I don't have the dates
11       programmed into my mind. I had a issue where
12       me and my friend, he played a joke on me and
13       put white power on my book. He's a white male.
14       It's a guy that I hang with outside of work.
15       Nothing that I instigated.
16              Another time, and like I said, I
17       couldn't give you the dates as far as, but a
18       guy got upset with me because a supervisor told
19       him to do something. And he got in my face
20       about it. And we had a argument. And then the
21       last time because I didn't put my clock number
22       on a valve stem.
23 Q.    On a valve stem?
24 A.    Um-hum.
25 Q.    I take it that's the way you identify the fact

```
1   COMMONWEALTH OF PENNSYLVANIA )     CERTIFICATE
2   COUNTY OF ERIE               )     SS:
3         I, Cynthia A. Hawley, a Court Reporter and
4   Notary Public in and for the Commonwealth of
5   Pennsylvania, do hereby certify that the witness,
6   SABRINA GORE, was by me first duly sworn to testify
7   to the truth; that the foregoing deposition was taken
8   at the time and place stated herein; and that the
9   said deposition was recorded stenographically by me
10  and then reduced to printing under my direction, and
11  constitutes a true record of the testimony given by
12  said witness.
13        I further certify that the inspection, reading
14  and signing of said deposition were NOT waived by
15  counsel for the respective parties and by the
16  witness.
17        I further certify that I am not a relative or
18  employee of any of the parties, or a relative or
19  employee of either counsel, and that I am in no way
20  interested directly or indirectly in this action.
21        IN WITNESS WHEREOF, I have hereunto set my hand
22  and affixed my seal of office this 17th day of July,
23  2006.
24                          _____
25                                  Cynthia A. Hawley
                                    Notary Public
```

*[Notary Seal: COMMONWEALTH OF PENNSYLVANIA, Notarial Seal, Cynthia A. Hawley, Notary Public, City Of Erie, Erie County, My Commission Expires Sep 30, 2009, Member, Pennsylvania Association of Notaries]*

Pittsburgh, PA                      Erie, PA
412-261-8325                        814-453-5700

