IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GREGORY GOODWIN** | ) |
| | ) Civil Action No. 05-161 Erie |
| Plaintiff, | ) |
| | ) |
| v. | ) Judge Maurice B. Cohill, Jr. |
| | ) |
| **ACCURIDE ERIE, L.P.** | ) |
| | ) Electronically Filed |
| Defendant. | ) |

## ORDER

_____**AND NOW**, upon review of the Plaintiff's Motion for Extension of Time to File Brief in Opposition to Summary Judgment, it is hereby **ORDERED** that Plaintiff must file his Brief on or before \_\_\_October 13, 2006_____. Any response from Defendant must be filed on or before _____. There are no other changes to the current Case Management Order.

Dated: _____      _____
                                                                              Judge Maurice B. Cohill, Jr.