# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **GREGORY GOODWIN** | ) | |
| | ) | **Civil Action No. 05-161 Erie** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Judge Maurice B. Cohill, Jr.** |
| | ) | |
| **ACCURIDE ERIE, L.P.** | ) | |
| | ) | **Electronically Filed** |
| **Defendant.** | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**AND NOW** come the Parties, by and through their attorneys, and hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) to the dismissal of the above-captioned action with prejudice, without any award of fees and costs by the Court.

Respectfully submitted,


s/Joseph H. Chivers                                s/Mark Goldner

Joseph H. Chivers, Esquire              Mark Goldner, Esquire
PA ID No. 39184                              PA ID No. 75938
Suite 600                                          Jackson Lewis, LLP
312 Boulevard of the Allies              One PPG Place, 28th Floor
Pittsburgh, PA  15222-1923             Pittsburgh, PA  15222
(412) 227-0763 / (412) 281-8481 FAX    (412) 232-0404 / (412) 232-3441 FAX
jchivers@employmentrightsgroup.com    goldnerm@jacksonlewis.com


Counsel for Plaintiff                       Counsel for Defendant
Gregory Goodwin                          Accuride Erie, LLP


Dated:  January 30, 2007