# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GREGORY GOODWIN** | ) |
| | ) Civil Action No. 05-161 Erie |
| Plaintiff, | ) |
| | ) |
| v. | ) Judge Maurice B. Cohill, Jr. |
| | ) |
| **ACCURIDE ERIE, L.P.** | ) |
| | ) Electronically Filed |
| Defendant. | ) |

## ORDER OF COURT

AND NOW, it is hereby **ORDERED** that the above-captioned matter is **DISMISSED, WITH PREJUDICE**, each party to bear its own fees and costs.

Date: January 31, 2007   Maurice B. Cohill Jr.
                         Maurice B. Cohill, Jr., Judge